**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| v. | * | Criminal No. **PJM 15-0258** |
| | * | |
| **SELVIN RAYMUNDO SALAZAR,** *et al.* | * | |
| | * | |
| Defendants | * | |

# ORDER

Upon consideration of Defendant Selvin Raymundo Salazar's Motion to Suppress Evidence, ECF No. 33, Motion to Suppress Evidence Seized from Various Stops and Searches of the Defendant, ECF No. 135, Motion to Suppress In-Court and Out-Of-Court Identifications, ECF No. 136, Motion to Suppress Search and Seizure of Social Media Account, ECF No. 137, and Motion to Adopt and Join in Motions Filed by Co-Defendants, ECF No. 138; Defendant Raul Ernesto Landaverde-Giron's Motion to Suppress Evidence Recovered from Client's Residence, ECF No. 122, Motion to Suppress Evidence Obtained from Facebook Search Warrant, ECF No. 125, and Motion to Join and Adopt, ECF No. 140; the Oppositions thereto; and a hearing having been held on March 31, 2017; it is, for the reasons stated on the record, this 5th day of April, 2017,

    **ORDERED**

        1) Salazar's Motion to Adopt and Join in Motions Filed by Co-Defendants, ECF No. 138 and Landaverde-Giron's Motion to Join and Adopt, ECF No. 139, are **GRANTED;**

        2) Salazar's Motion to Suppress Evidence, ECF No. 33; Salazar's Motion to Suppress Evidence Seized from Various Stops and Searches of the Defendant,

ECF No. 135; Salazar's Motion to Suppress Search and Seizure of Social Media Account, ECF No. 137, Landaverde-Giron's Motion to Suppress Evidence Recovered from Client's Residence, ECF No. 122; and Landaverde-Giron's Motion to Suppress Evidence Obtained from Facebook Search Warrant, ECF No. 125, are **DENIED**;

3) Salazar's Motion to Suppress In-Court and Out-Of-Court Identifications, ECF No. 136, is **WITHDRAWN**; and

4) The U.S. Attorney and counsel for any Defendant who has not yet pled in the case are **DIRECTED** to call Chambers by no later than April 7, 2017, to report on the status of the case.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**