## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Crim. No. PJM 15-0258 |
| | * | |
| **SELVIN RAYMUNDO SALAZAR and RAUL LANDAVERDE-GIRON** | * | |
| | * | |
| Defendants. | * | |

## **ORDER**

During further proceedings in this matter, no person may possess or transport into the courtroom any electronic devices, including cellular telephones, cameras, recording devices of any type including "smart" watches and "smart" pens, and/or computers, including laptops and tablets. This restriction shall not apply to employees of the United States District Court for the District of Maryland, the United States Marshal or his Deputies, Court Security Officers, counsel of record in this case, employees of state and federal law enforcement agencies, and/or investigators and employees of counsel representing parties in the case, provided those investigators and employees of counsel are identified to the United States Marshal in advance. Persons subject to this Order are advised not to bring any such electronic devices to the courthouse.

The United States Marshal, his Deputies, and the Court Security Officers shall enforce this Order.


February 1, 2018                                      /s/
                                              PETER J. MESSITTE
                                              UNITED STATES DISTRICT JUDGE