# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

United States

\*

\*

**v.**  Case No. 15cr00258-PJM

Raul E. Landaverde   \*

\*

## NOTICE OF APPEAL

Notice is hereby given that Raul E. Landaverde,
(fill in names of **all** parties who are appealing)

_____ in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the Judgement
(indicate order or judgment)

entered in this case on August 17, 2018.

August 20, 2018

Date

Signature
Elita C. Amato

Printed Name and Bar Number

Address

Email Address

Telephone Number

Fax Number