# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Raul Ernesto Landaverde-Giron, <br><br> Defendant. | Case No. 8:15-cr-00258-PJM-3 |

## MOTION TO SEAL

Raul Ernesto Landaverde-Giron, through his counsel, respectfully moves this Court to seal Mr. Landaverde-Giron's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and its attached exhibits. The motion and exhibits contain references to personal and confidential information. This information is so intrinsic to the documents that they cannot reasonably be redacted for public filing.

1

Dated April 4, 2023.

                Respectfully submitted,

*/s/ Emma L. Smith*
Emma L. Smith
Assistant Federal Public Defender

*/s/ Anthony Haughton*
Anthony Haughton
Capital Resource Counsel

*/s/ Ashwin Cattamanchi*
Ashwin Cattamanchi
Capital Resource Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2023, a copy of the foregoing was served via CM/ECF to parties in this matter.

*/s/ Kaitlyn O'Hearn*
Kaitlyn O'Hearn
An Employee of the Federal Public Defender
