UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: United States v. Landaverde-Giron
No. 15-cr-258-PJM-3

DATE: January 10, 2024

\* \* \*

The Court is in receipt of the Government's Notice of Proposed Briefing Schedule (ECF No. 370). The Notice suggests the following filing deadlines with respect to additional briefing on Landaverde-Giron's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255:

- March 12, 2024 – Landaverde-Giron to file supplemental exhibits to his Motion;
- April 13, 2024 – Landaverde-Giron to file any supplemental brief to his Motion;
- August 14, 2024 – The Government to file its opposition to Landaverde-Giron's Motion;
- November 15, 2024 – Landaverde-Giron to file his reply in support of his Motion.

The Notice also indicates that counsel for Landaverde-Giron has reviewed the Notice and it should be considered a joint filing.

Accordingly, the Court **ADOPTS** the proposed briefing schedule.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record